THOMAS A. REILLY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Reilly v. City of New York*, 170 App. Div. 754, affirmed.

(Submitted October 29, 1918, decided November 12, 1918.)

APPEAL from a judgment entered January 13, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint. The action was brought to recover money alleged to be due under a city contract for alterations and improvements to a sewer. The defense was that in the conduct of the work an explosion occurred causing damage to property and to several persons; that defendant to protect itself from liability held up payment of an outstanding certificate. Whereupon plaintiff, claiming that the city had defaulted and broken its contract by failure to make the payment, suspended work and refused to complete his contract.

*Woolsey A. Shepard* for appellant.

*William P. Burr, Corporation Counsel (Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, CARDOZO and POUND, JJ.   Absent: ANDREWS, J.